# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:24-cr-00007-TCB**
**USA v. Agee**
**Honorable Timothy C. Batten, Sr.**

Minute Sheet for proceedings held In Open Court on 05/09/2025.

TIME COURT COMMENCED: 10:07 A.M.
TIME COURT CONCLUDED: 10:47 A.M.
TIME IN COURT: 00:40
OFFICE LOCATION: Atlanta

COURT REPORTER: Denise Stewart
DEPUTY CLERK: Uzma Wiggins

| | |
|---|---|
| DEFENDANT(S): | [1]Stein Agee Present at proceedings |
| ATTORNEY(S) PRESENT: | Robert Blake representing Stein Agee<br>Jeffrey Brickman representing Stein Agee<br>Samir Kaushal representing USA<br>Richard Rolwing representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [redacted] |
| MINUTE TEXT: | See judgment in criminal case. |
| HEARING STATUS: | Hearing Concluded |